# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**MIVIOLENE JASMIN** and **MIZENE MADEUS**,
Appellants,

v.

**ESTINVIL CELIUS** and
**GEICO INDEMNITY COMPANY,** a Foreign Profit Corporation,
Appellees.

No. 4D17-3184

[June 21, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Thomas H. Barkdull, III, Judge; L.T. Case No. 502014CA014721XXXXMB.

Rick S. Jacobs of Miller & Jacobs, Pompano Beach, for appellants.

Richard A. Giardino of Davis, Giardino and Hrivnak, P.A., West Palm Beach, for appellee Estinvil Celius.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, KLINGENSMITH and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***